CHARLES A. O'TOOLE, Respondent, *v.* CRANE & CLARK, Appellant.

(Argued January 17, 1936; decided January 31, 1936.)

*Abraham L. Doris* for appellant.

*John J. O'Leary* and *Thomas A. Kane* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.   Not sitting: LEHMAN, J.